CALVIN WITTY, Respondent, *v.* EDWARD MATTHEWS, Appellant.

(Argued June 8, 1874; decided June 16, 1874.)

*D. P. Barnard* and *E. Delafield Smith* for the appellant.

*John H. Bergen* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.